UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PETERSEN,<br><br>           Plaintiff,<br><br>   v.<br><br>MEKIASH BUYARD,<br><br>           Defendant. | Case No. 1:20-cv-00999-DAD-EPG<br><br>**ORDER DIRECTING PLAINTIFF TO PAY THE $400 FILING FEE OR SUBMIT A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN 30 DAYS OF SERVICE OF THIS ORDER** |

     Plaintiff, Kyle Petersen, is proceeding *pro se* in this action. Plaintiff has neither paid the $400 filing fee nor submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

     Accordingly, IT IS HEREBY ORDERED that:

     1. The Clerk of the Court is directed to provide Plaintiff with a copy of the Application to Proceed In Forma Pauperis by a Prisoner.

     2. **Within forty-five (45) days of the date of service of this order**, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, he shall pay the $400 filing fee for this action. No requests for extension will be granted without a showing of good cause.

\\\

\\\

\\\

1       Failure to comply with this order will result in a recommendation that this action be
2 dismissed.

3
4 IT IS SO ORDERED.

5   Dated: __**July 23, 2020**__           /s/ _Erica P. Grosjean_
6                                                   UNITED STATES MAGISTRATE JUDGE