UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PETERSEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MEKIASH BUYARD,<br><br>　　　　　Defendant. | 1:20-cv-00999-DAD-EPG<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 4)<br><br>and<br><br>ORDER DIRECTING UNITED STATES PENITENTIARY LOMPOC TO FORWARD PAYMENT OF INMATE FILING FEE |

　　　　Plaintiff is a prisoner proceeding *pro se* pursuant to 42 U.S.C. § 1983. On July 23, 2020, the Court ordered Plaintiff to pay the $400 filing fee or submit a completed application to proceed *in forma pauperis*. On August 17, 2020, Plaintiff filed a declaration in support of a request to proceed *in forma pauperis*. (ECF No. 4). The Court treats this declaration as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted.

　　　　Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to the plaintiff's trust account.  The Warden of United

States Penitentiary Lompoc (or his or her designee) is required to send to the Clerk of the Court payments from the plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2. The Warden of United States Penitentiary Lompoc (or his or her designee) shall collect payments from the plaintiff's jail trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the plaintiff's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's *in forma pauperis* application on the Warden of United States Penitentiary Lompoc, via the court's electronic case filing system (CM/ECF) or via mail at 3901 Klein Blvd., Lompoc, CA 93436.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated:   **August 18, 2020**         /s/ *Erica P. Grosjean*
                                     UNITED STATES MAGISTRATE JUDGE