UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PETERSEN,<br><br>Plaintiff,<br><br>v.<br><br>MEKIASH BUYARD,<br><br>Defendant. | No. 1:20-cv-00999-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND <u>RECOMMENDATIONS AND STAYING</u> <u>THIS CASE</u><br><br>(Doc. No. 7) |

Plaintiff Kyle Petersen is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 9, 2020, the assigned magistrate judge issued findings and recommendations recommending that this action be stayed pending resolution plaintiff's appeal to the Ninth Circuit of the court's denial of his motion to suppress evidence seized pursuant to various searches of his cellular phone in connection with the investigation of his criminal case, *United States v. Petersen*, 1:17-cr-00255-NONE-SKO, because plaintiff's § 1983 claims in this civil action concern the constitutionality of those same searches. (Doc. No. 7.) The magistrate judge also recommended that "[w]ithin 30 days of Plaintiff receiving an opinion from the Ninth Circuit concerning his appeal, Plaintiff be ordered to file such opinion together with a statement regarding whether he wishes to proceed in this action." (*Id.* at 7.) Those pending findings and

1

recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.*) To date, no objections have been filed, and the time in which to do so has since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on September 9, 2020 (Doc. No. 7) are adopted in full;
2. This action is stayed pending resolution of plaintiff's appeal to the Ninth Circuit in his criminal case, *United States v. Petersen*, 1:17-cr-00255-NONE-SKO, concerning the searches of his cellular phones;
3. Within 30 days of plaintiff receiving an opinion from the Ninth Circuit concerning his appeal, plaintiff shall file a copy of that Ninth Circuit opinion together with a statement regarding whether he wishes to proceed in this action; and
4. This action is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **October 19, 2020**

_____
UNITED STATES DISTRICT JUDGE