UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PETERSEN, | Case No. 1:20-cv-00999-DAD-EPG |
| Plaintiff, | |
| v. | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| MEKIASH BUYARD, | |
| Defendant. | (ECF NO. 14) |

On September 21, 2021, Plaintiff Kyle Petersen filed a notice of voluntary dismissal (ECF No. 14), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendant has not filed an answer or motion for summary judgment. Accordingly, the Clerk of Court is respectfully directed to close the case.

IT IS SO ORDERED.

Dated:  **September 22, 2021**            /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

1